IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | P-20-CR-388 |
| | § | |
| THOMAS SCOTT PERKINS | § | |

### ORDER DETERMINING DEFENDANT'S COMPETENCY

On June 8, 2021, this cause came before the Court for further consideration of the Defendant's Motion for Mental Examination of Defendant and Advisory to the Court filed in the above referenced cause. (Doc. 53). All parties were present, including the Defendant. The Court finds as follows:

On March 1, 2021, this Court entered an Order for psychiatric or psychological evaluation of the Defendant, **THOMAS SCOTT PERKINS,** pursuant to Title 18 U.S.C. §4241(b). In accordance with the Court's Order, the Defendant, **THOMAS SCOTT PERKINS**, was examined by Lacie Biber, Psy.D., Licensed Psychologist, Evaluator at the Federal Bureau of Prisons, Federal Medical Center, Fort Worth, Texas 76119. A report was prepared and filed pursuant to Title 18 U.S.C. §4247(c). The report concluded that the Defendant, **THOMAS SCOTT PERKINS,** appears fully competent to understand the nature and consequences of the court proceedings against him, and to properly assist counsel in his defense. The Defendant, **THOMAS SCOTT PERKINS**, did not object to the admission of the report and submitted no additional evidence or argument. **Attorney Chris Carlin, counsel for the Defendant, argued that the report states that the Defendant can become overwhelmed by verbal stimuli, affecting his ability to communicate or effectively process information. Mr. Carlin further noted that this verbal stress can cause the Defendant to become volatile. Mr. Carlin**

**expressed concern that if this case were to proceed to trial, the Defendant would be subject to an overwhelming amount of verbal stimuli and would not be able to assist in his defense.**

After conducting a hearing pursuant to Title 18 U.S.C. §4247(d), the Court finds from a preponderance of the evidence that the Defendant, **THOMAS SCOTT PERKINS,** is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Defendant, **THOMAS SCOTT PERKINS**, is competent to stand trial in this cause.

SIGNED this 8th day of June, 2021.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE