UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CAUSE NO. 4: 20-CR-0388 DC-1 |
| THOMAS SCOTT PERKINS | § | |

## NOTICE OF INSANITY DEFENSE

Notice is hereby given pursuant to Federal Rule of Criminal Procedure 12.2(a) that THOMAS SCOTT PERKINS, defendant in the above-entitled case, intends to rely on the defense of insanity at the time of the alleged offense at trial of this case. Mr. Perkins also gives notice pursuant to Rule 12.2(b) that he intends to introduce expert evidence relating to his mental disease, defect, or condition of bearing on the issue of guilt.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender

/S/
ELYSE BATALLER-SCHNEIDER
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Mr. Perkins*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of August, 2021, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Andrew Weber, 2500 N. Highway 118 Suite A200 Alpine, TX 79830.

/S/
ELYSE BATALLER-SCHNEIDER
*Attorney for Mr. Perkins*