UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:20-CR-00388(1)-DC |
| | § | |
| (1) THOMAS SCOTT PERKINS | § | |

# DEFENDANT EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| Deft #1 | Schutte Report / Sealed Doc. #97 | 5/23/22 |