UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| V. | ) | CAUSE NO. PE:20-CR-00388-DC |
|  | ) |  |
| THOMAS SCOTT PERKINS | ) |  |
|  | ) |  |
| Defendant. | ) |  |

GOVERNMENT'S EXHIBIT LIST

| Ex # | Description | Admitted |
|---|---|---|
| 1 | Dr. Samuel Browning's Psychological Evaluation and Addendum (under seal) *Attached in Doc. 100* | 5/23/22 |
| 2 | Dr. Samuel Browning's Curriculum Vitae (under seal) *Attached in Doc. 100* | 5/23/22 |

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

/S/ Scott Greenbaum
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 23ʳᴰ day of May 2022, a copy of this document was filed via the CM/ECF System which will then serve the following Defense Counsel, Christopher Carlin, Elyse Bataller-Schneider and Michael Gorman.

/S/ Scott Greenbaum
Assistant United States Attorney