IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § 4:20-CR-00388-DC |
| THOMAS SCOTT PERKINS | § |
| Defendant. | § |

## GOVERNMENT'S PROSPECTIVE WITNESS LIST

1. David Ferg, HSI Group Supervisor.

2. Elizabeth Hancock, HSI Special Agent.

3. Coleman Boring, HSI Agent Trainee.

4. Owen Tims, HSI Section Chief.

5. Antonio Yanez, HSI Special Agent (Computer Forensics Agent).

6. Andrew Bonneau, HSI Special Agent (Computer Forensics Agent).

7. David Barkley, HSI Seized Property Specialist.

8. Braydon Moore, Texas DPS-CID Special Agent.

9. Michelle Wilson, Texas DPS-CID Special Agent (Polygraph Examiner).

10. Craig Butler, Dept. of Agriculture OIG Special Agent.

11. John Perkins, Fort Stockton, Texas.

12. Elizabeth Perkins, Fort Stockton, Texas.

13. Mark Hoffert, HSI Special Agent.

14. Justin Jauregui, HSI Criminal Analyst.

15. Samuel Browning, PhD, Forensic Psychologist, Federal Bureau of Prisons.

16. Lacie Biber, PhD, Forensic Psychologist, Federal Bureau of Prisons.

17. Sean Mullen, FBI Special Agent.

                                          Respectfully submitted,

                                          ASHLEY C. HOFF
                                          UNITED STATES ATTORNEY

                         By:    */s/ Scott V. Greenbaum*
                                          Scott V. Greenbaum
                                          Assistant United States Attorney

### CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of July, 2022, a copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Counsel for the Defendant:
Michael Gorman, Elyse Bataller & Chris Carlin

                                          */s/ Scott V. Greenbaum*
                                          Scott V. Greenbaum
                                          Assistant United States Attorney