# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | Case No. PE-20-CR-00388-DC |
|  | ) |  |
| THOMAS SCOTT PERKINS | ) |  |
|  | ) |  |

## DEFENSE WITNESS LIST

| Witnesses | Estimated Time |
|---|---|
| 1. Dr. James Schutte | 1 hour |
| 2. John Perkins | 30 minutes |
| 3. Elizabeth Perkins | 30 minutes |

Respectfully Submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

      /S/
ELYSE BATALLER
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Fidel Esparza, III
Assistant United States Attorney

*/S/*
Elyse Bataller
*Attorney for Defendant*