UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Case No. PE-20-CR-00388-DC |
| THOMAS SCOTT PERKINS | |

## DEFENDANT'S PROPOSED EXHIBIT LIST

| Ex. No. | Exhibit | Not Admitted | Admitted |
|---|---|---|---|
| 1. | Tixati Software – Initial Configuration | | |
| 2. | Screen shot – Tixati Software – Initial Configuration – Settings Window | | |
| 3. | Web page – Free Automated Maleware Analysis Service | | |
| 4. | Tixati Software – Installation Agreement | | |
| 5. | Tixati License Agreement | | |

Respectfully Submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

     /S/
ELYSE BATALLER
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Fidel Esparza, III
Assistant United States Attorney

                                                                /S/
                                               Elyse Bataller
                                          *Attorney for Defendant*