UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUL 1 9 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | PE:20-CR-00388(1)-DC |
| | § | |
| (1) THOMAS SCOTT PERKINS | § | |

## LIST OF WITNESSES

| **FOR GOVERNENT** | | **FOR DEFENDANT** | |
|---|---|---|---|
| 1. | Andrew Bonneau | 1. | Dr. James Schutte |
| 2. | David Ferg | 2. | |
| 3. | David Barkley | 3. | |
| 4. | Michelle Wilson | 4. | |
| 5. | Antonio Yanez | 5. | |
| 6. | Sean Mullen | 6. | |
| 7. | Craig Butler | 7. | |
| 8. | Coleman Boring | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |