FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

JUL 1 9 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| V. | ) | CAUSE NO. P-20-CR-388-DC |
| THOMAS SCOTT PERKINS | ) |  |
| Defendant. | ) |  |

## GOVERNMENT'S AMENDED EXHIBIT LIST

| Ex # | Description | Admitted |
|---|---|---|
| 1 | TDS Subscriber Information | 7/18/22 |
| 2 | Pictures of House | 7/18/22 |
| 3 | Pictures of Defendant's electronic devices in House | 7/18/22 |
| 4 | Images downloaded from IP Address 69.128.225.159 |  |
| 5 | *Miranda* waiver | 7/18/22 |
| 6 | Recorded interview of Defendant | 7/18/22 |
| 7 | Additional Recorded Interview of Defendant |  |
| 8 | CV of Antonio Yanez | 7/19/22 |
| 9 | Western Digital Hard Drive WD800, Serial number WD-WCAJ92661471 | 7/18/22 |
| 10 | Forensic Examination from Western Digital Hard Drive WD800, Serial number WD-WCAJ92661471 |  |
| 11 | Images/videos from Western Digital Hard Drive WD800, Serial number WD-WCAJ92661471 |  |
| 12 | Maxtor Hard Drive Diamond Max Plus 9 serial number Y45BC9XE | 7/18/22 |
| 13 | Forensic Examination from Maxtor hard drive Diamond Max Plus 9 serial number Y45BC9XE |  |
| 14 | Images/videos from Maxtor hard drive Diamond Max Plus 9 serial number Y45BC9XE |  |
| 15 | Seagate Hard Drive ST1000LM049 serial number WGS5QBVZ | 7/18/22 |

| # | Description | Date |
|---|---|---|
| 16 | Forensic Examination from Seagate hard drive ST1000LM049 serial number WGS5QBVZ | |
| 17 | Images/videos from Seagate hard drive ST1000LM049 serial number WGS5QBVZ | |
| 18 | Seagate Hard Drive SRDONF2 serial number NA8EYNL7 | 7/18/22 |
| 19 | Forensic Examination from Seagate hard drive SRDONF2 serial number NA8EYNL7 | |
| 20 | Images/videos from Seagate hard drive SRDONF2 serial number NA8EYNL7 | |
| 21 | Seagate Hard Drive SRDOPV1 serial number NA9QO2S9 | 7/18/22 |
| 22 | Forensic Examination from Seagate hard drive SRDOPV1 serial number NA9QO2S9 | |
| 23 | Images/videos from SRDOPV1 Seagate Hard Drive serial number NA9QO2S9 | |
| 24 | Western Digital Hard Drive WDBYFT0040BBK-OA serial number WX51D961NE27 | 7/18/22 |
| 25 | Forensic Examination from Western Digital hard drive WDBYFT0040BBK-OA serial number WX51D961NE27 | |
| 26 | Images/videos from Western Digital hard drive WDBYFT0040BBK-OA serial number WX51D961NE27 | |
| 27 | Samsung Hard Drive, serial number S267J1LZ503188 | 7/18/22 |
| 28 | Forensic Examination from Samsung hard drive, serial number S267J1LZ503188 | |
| 29 | Images/videos from Samsung hard drive, serial number S267J1LZ503188 | |
| 30 | Simpletech Hard Drive 96300-41001-68 serial number 09335092000206005 | 7/18/22 |
| 31 | Forensic Examination of Simpletech Hard Drive 96300-41001-68 serial number 09335092000206005 | |
| 32 | Images/videos from Simpletech Hard Drive 96300-41001-68 serial number 09335092000206005 | |
| 33 | Kingston Hard Drive/flash drive, Data Traveler DT100, Serial Number 4185742 | |
| 34 | Forensic Examination of Kingston Hard Drive/flash drive, Data Traveler DT100, Serial Number 4185742 | |
| 35 | Images/videos from Kingston Hard Drive/flash drive, Data Traveler DT100, Serial Number 4185742 | |
| 36 | CV for Samuel Browning | |
| 37 | CV for Lacie Biber | |
| 38 | BitTorrent Explained Video | 7/18/22 |
| 39 | DPS Miranda Waiver | 7/18/22 |

| 40 | Known Victim ~~Videos~~ Still Shot | 7/19/22 |
|---|---|---|
| 41 | Disk with various videos clips | 7/18/22 |

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

/S/ KEVIN R. CAYTON, CA SBN: 267246
Assistant United States Attorney
Western District of Texas
2500 N. HWY 118, Suite A200
Alpine, TX 79830
432-538-6093
kevin.cayton@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2022, a copy of this document was filed via the CM/ECF System which will then serve the following Defense Counsel, Elyse M Bataller-Schneider, Christopher J. Carlin, and Michael F. Gorman.

/S/ KEVIN R. CAYTON
Assistant United States Attorney