IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUL 1 9 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § P-20-CR-388 |
| THOMAS SCOTT PERKINS, Defendant. | § |

## VERDICT FORM

Check "not guilty" or "guilty" or "not guilty only by reason of insanity" for each count.

### COUNT ONE

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____ Not Guilty
__X__ Guilty  SS
_____ Not Guilty Only by Reason of Insanity

of the offense charged in Count One of the Indictment.

### COUNT TWO

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____ Not Guilty
__X__ Guilty  SS
_____ Not Guilty Only by Reason of Insanity

of the offense charged in Count Two of the Indictment.

### COUNT THREE

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____ Not Guilty
__X__ Guilty  SS
_____ Not Guilty Only by Reason of Insanity

of the offense charged in Count Three of the Indictment.

## COUNT FOUR

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____Not Guilty
__X__Guilty   *SS*
_____Not Guilty Only by Reason of Insanity

of the offense charged in Count Four of the Indictment.

## COUNT FIVE

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____Not Guilty
__X__Guilty   *SS*
_____Not Guilty Only by Reason of Insanity

of the offense charged in Count Five of the Indictment.

## COUNT SIX

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____Not Guilty
__X__Guilty   *SS*
_____Not Guilty Only by Reason of Insanity

of the offense charged in Count Six of the Indictment.

## COUNT SEVEN

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____Not Guilty
__X__Guilty   *SS*
_____Not Guilty Only by Reason of Insanity

of the offense charged in Count Seven of the Indictment.

## COUNT EIGHT

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____Not Guilty
__X__Guilty   *ss*
_____Not Guilty Only by Reason of Insanity

of the offense charged in Count Eight of the Indictment.

## COUNT NINE

We the Jury find that Defendant **THOMAS SCOTT PERKINS** is:

_____Not Guilty
__X__Guilty   *ss*
_____Not Guilty Only by Reason of Insanity

of the offense charged in Count Nine of the Indictment.

_7-19-22_
**DATE**

Original signed by Jury Foreperson
**JURY FOREPERSON**