**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**


**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**

**(1) THOMAS SCOTT PERKINS,**
    *Defendant.*

§
§
§
§
§
§
§
§
§
§

**PR:20-CR-00388-DC**

## <u>ORDER</u>

BEFORE THE COURT is Defendant's Motion for Reconsideration. (Doc. 173). Defendant was convicted of one count under 18 U.S.C. § 2252A(a)(2) and eight counts under § 2252A(a)(5)(B). On October 24, 2022, the Court imposed a sentence of 210 months for each count running consecutively.

After considering Defendant's motion, the Court **GRANTS** Defendant's motion and sets a hearing for reconsideration of Defendant's sentence. The Court also provides Defendant with notice that it is considering an upward departure because of the nature, circumstances, and seriousness of Defendant's offense. The Court also believes upward departure may be necessary to adequately deter criminal conduct and protect the public from future crimes.

It is therefore **ORDERED** that Defendant's Motion for Reconsideration be **GRANTED** and set for hearing reconsideration of Defendant's sentence in the Courtroom 1, 410 S. Cedar, Pecos, TX 79772 on **December 14, 2022, at 10:00 a.m.**

It is so **ORDERED**.

SIGNED this 8th day of December, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE