```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
                          PECOS DIVISION

UNITED STATES OF AMERICA,    )   Case No. 4:20-CR-000388-DC
                             )
         Plaintiff,          )   Appeal No. 22-50987
                             )
    vs.                      )   **VIA ZOOM VIDEOCONFERENCE**
                             )
THOMAS SCOTT PERKINS,        )
                             )
         Defendant.          )   Friday, June 24, 2022
_____)   10:14 A.M.
```

TRANSCRIPT OF STATUS CONFERENCE
**BEFORE THE HONORABLE DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES VIA ZOOM VIDEOCONFERENCE:

| | |
|---|---|
| For the Plaintiff: | United States Attorney's Office<br>BY:  LANCE KENNEDY, ESQUIRE<br>      KEVIN CAYTON, ESQUIRE<br>      MARTHA VALADEZ, ESQUIRE<br>2500 North Highway 118, Suite 200<br>Alpine, Texas 79830 |
| For the Defendant: | Office of the Federal Public Defender<br>BY:  CHRISTOPHER CARLIN, ESQUIRE<br>     ELYSE BATALLER-SCHNEIDER,<br>        ESQUIRE<br>108 North 10th Street<br>Alpine, Texas 79830 |
| Deputy Clerk: | Joseph Hinojos<br>United States District Court<br>2450 North State Highway 118<br>Alpine, Texas 79830 |
| Transcription Service By: | Dipti Patel, CET-997<br>Liberty Transcripts<br>7306 Danwood Drive<br>Austin, Texas 78759<br>(847) 848-4907<br>www.libertytranscripts.com |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

1    **Alpine, Texas - Friday, June 24, 2022          (10:14 a.m.)**

2                          **P R O C E E D I N G S**

3                                ---O0O---

4              THE CLERK:  The Court calls PE:20-CR-388, United States

5    of America versus Thomas Scott Perkins.

6              MR. CAYTON:  Kevin Cayton on behalf of the Government.

7              MS. BATALLER-SCHNEIDER:  Good morning, Your Honor.

8    Elyse Bataller for Mr. Perkins.

9              THE COURT:  Good morning.

10             And we are here today on a status conference.  I think

11   Judge Counts found that Mr. Perkins is competent to proceed in

12   this case.  And Mr. Perkins has a trial date of July 18 and what

13   would be a plea deadline of June 29.  And my last notation on

14   this case is there was -- this is one of those voluminous

15   discovery cases.

16             And, Ms. Bataller, are you able to tell me whether the

17   defense has received the discovery, the complete discovery in

18   this case?

19             MS. BATALLER-SCHNEIDER:  My understanding, Your Honor,

20   is that we have all the discovery.

21             THE COURT:  Okay.  So is this case going to be ready

22   for trial on the 18th?

23             MS. BATALLER-SCHNEIDER:  Yes, Your Honor.  We will be

24   ready for trial on the 18th.  There were some questions about

25   scheduling just to make sure that it will be the 18th just

1  because we're coming from out of town and --
2          THE COURT: I understand.
3          MS. BATALLER-SCHNEIDER: -- the uncertainty it brings
4  us.
5          THE COURT: Perhaps we'll -- and is the Government
6  going to be ready for trial on the 18th?
7          MR. CAYTON: Yes, Your Honor.
8          THE COURT: Okay.
9          MR. CAYTON: The anticipation is two and a half days.
10         THE COURT: Okay. And, Ms. Bataller, in terms of your
11 scheduling, the Government has estimated two to two and a half
12 days for their case. Will you have -- what is your estimate as
13 far as length of trial goes?
14         MS. BATALLER-SCHNEIDER: Your Honor, I can't imagine
15 that our case would last more than a day.
16         THE COURT: Okay.
17         MS. BATALLER-SCHNEIDER: Probably a half day to a day.
18         THE COURT: Okay. And let me ask you, have we
19 exhausted the possibility of this case being resolved prior to
20 trial?
21         MS. BATALLER-SCHNEIDER: I believe so, Your Honor.
22         THE COURT: Okay. And have you and Mr. Perkins
23 discussed what happens at a trial as far as the loss of
24 acceptance of responsibility reports and I don't know if the
25 Government has made any additional concessions as far as that

1 goes.

2 MS. BATALLER-SCHNEIDER: Yes, Your Honor. We haven't
3 discussed all that with Mr. Perkins, but we'll be talking to him
4 a lot within the next month, and we will go over that again.

5 THE COURT: Okay. And, Mr. Perkins, are you able to
6 hear me, sir?

7 THE DEFENDANT: Yes, sir.

8 THE COURT: I think that you have indicated that you
9 wish to exercise your right to go to trial in this case and, of
10 course, that is a right that you have. And no one's trying to
11 take that away from you.

12 One of the things that you need to understand, however,
13 is that in federal court, and I've seen a statistic in the last
14 couple of months that there is a -- the Government has a
15 conviction rate in cases that go to trial of somewhere north of
16 98 percent of the cases.

17 That means that there are a lot of convictions in
18 federal court, and there are very few not-guilties in federal
19 court. And so do you understand that going to trial is not -- I
20 don't want to tell you that it's a losing proposition but
21 generally most defendants that go to trial are convicted.

22 And I'm not taking anything away from your lawyers
23 because you have some very good lawyers and they are working very
24 hard to represent you. But the facts are the facts.

25 And so do you understand this, Mr. Perkins?

1         THE DEFENDANT:  Yes, sir.
2         THE COURT:  And do you -- is it still your intention
3  you wish to exercise your right to go to trial in your case?
4         THE DEFENDANT:  Yes, sir.
5         THE COURT:  Okay.  Are there any pending motions in
6  this case that I need to make the district judge aware of?
7         MS. BATALLER-SCHNEIDER:  I don't believe so, Your
8  Honor.
9         THE COURT:  Okay.
10        MS. BATALLER-SCHNEIDER:  I just want to make one note
11 if I could.  We noticed that Counts 2 through 10 on the
12 indictment, the charge listed was 18 U.S.C. 2252(a)(5)(B).  I
13 believe that what they're trying to cite is 2252A(a)(5)(B), so
14 that's a mistake on the indictment.
15        I don't want it to delay the trial because obviously
16 they could just supersede the indictment, but if that could be
17 fixed.  I just wanted to bring that to the Government's
18 attention.
19        MR. CAYTON:  Your Honor, may I ask defense counsel just
20 to state that one more time so I can make sure I annotate it and
21 then I can pass that on to Mr. Greenbaum?
22        THE COURT:  Yes.
23        MS. BATALLER-SCHNEIDER:  Absolutely.
24        So Counts 2 through 10, it's cited as 18 U.S.C.
25 2252(a)(5)(B).  I believe there's just an A, a capital "A"

1 missing after the 2252.
2 THE COURT: And did you get that, Mr. Kennedy?
3 MR. CAYTON: I did, Your Honor. Thank you.
4 THE COURT: Okay.
5 MS. BATALLER-SCHNEIDER: Thank you.
6 THE COURT: And so anyway then, I will tell -- I'll
7 make a report to Judge Counts that this case is ready for trial.
8 There are no outstanding discovery issues, that the parties
9 anticipate two-, two-and-a-half, three-day trial in this case,
10 and that I don't know how Judge Counts will do it in this case.
11 But typically, if he has more than a number of trials,
12 he uses the magistrate to do the jury selection portion of the
13 trial and that then -- and, again, that's usually the Friday
14 before what in this case would be I guess -- would this be a
15 Tuesday trial? No.
16 When is the 18th? What is the 18th?
17 MS. BATALLER-SCHNEIDER: I believe it's a Monday, Your
18 Honor.
19 THE COURT: Okay. So it would be the Friday before the
20 Monday trial is typically what he would request. And so --
21 MS. BATALLER-SCHNEIDER: Okay.
22 THE COURT: -- and if that's the case, then you'll
23 receive an order from the Court to that effect. And I give each
24 side 15 minutes to ask the jury panel questions that you think
25 that I haven't already asked or you think are important that you

1  want to emphasize.
2          And that's all I can think of.  So we will -- this case
3  will be number one on the jury trial docket for next month.
4          MR. CARLIN:  Judge, if I can -- maybe you have some
5  better insights than I do.  If we do get to -- I know we're going
6  to be doing four jury trials by the end of next week in this
7  courtroom.  If you find out that we're going to have two or three
8  more besides this, is there a possibility that we'll be doing
9  this on the week of the 11th?
10         THE COURT:  The week of --
11         MR. CARLIN:  Yeah, the week of July -- moving it up a
12 week ahead of time if we get backed up with three trials.
13         THE COURT:  I'm going to guess that -- I'm looking over
14 what we have left, and it looks to me like -- and Ms. Chozet will
15 be able to tell us about the case in the next case.  But this
16 looks like maybe the only case that's going to go to trial, has a
17 realistic possibility of going to trial.
18         Do y'all have better information than I do?
19         MR. KENNEDY:  I don't think it's the only case
20 potentially for trial.  The next case on the docket today is set
21 for trial.  That may or may not happen based on our next
22 conversation, but --
23         THE COURT:  Yeah.  I think those are the only two cases
24 that are --
25         MR. KENNEDY:  Correct, Your Honor.

8

1 　　　　　　　THE COURT: -- that look --
2 　　　　　　　MR. CARLIN: That realistically would go. So it looks
3 like the 18th is going to be the solid date, Your Honor.
4 　　　　　　　THE COURT: I think that's going to be a solid date.
5 　　　　　　　MR. CARLIN: Okay.
6 　　　　　　　MS. BATALLER-SCHNEIDER: Thank you.
7 　　　　　　　THE COURT: And Ms. Chozet will be able to help us on
8 the next case. But I think we can -- and so I think more likely
9 than not, Mr. Carlin, is that given the number of witnesses that
10 will be testifying in this case, Judge Counts will probably give
11 this case first consideration as far as the 18th goes. And then
12 the next trial would be either later that same week or the
13 following week.
14 　　　　　　　MR. CARLIN: Yes, sir.
15 　　　　　　　THE COURT: Because I know that he also has trials in
16 Midland, as well.
17 　　　　　　　So thank you all.
18 　　　　　　　MS. BATALLER-SCHNEIDER: Thank you.
19 　　　(Proceedings adjourned at 10:25 a.m.)
20 　　　　　　　　　　　　　　　---O0O---
21
22
23
24
25

9

## **C E R T I F I C A T E**

1    I, DIPTI PATEL, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Dipti Patel*

_____

DIPTI PATEL, CET-997

LIBERTY TRANSCRIPTS                    Date: January 3, 2023