# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 23, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:  Thomas Scott Perkins
v. United States
No. 25-5776
(Your No. 24-50600)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2026

Mr. Philip Devlin
Western District of Texas, Pecos
United States District Court
410 S. Cedar Street
U. S. Post Office & Courthouse
Room 203
Pecos, TX 79772-0000

    No. 24-50600   USA v. Perkins
                    USDC No. 4:20-CR-388-1

Dear Mr. Devlin,

We have received the Supreme Court order denying certiorari.  We
previously sent you the judgment issued as mandate.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Renee S. McDonough, Deputy Clerk
                  504-310-7673